THE BOARD OF HEALTH OF THE STATE OF NEW JERSEY,
respondent,

*v.*

THE DIAMOND PAPER MILLS COMPANY, appellant.

[Filed November 17th, 1902.]

On appeal from a decree advised by Vice-Chancellor Stevens, whose opinion is reported in *18 Dick. Ch. Rep. 111.*

*Mr. John O. H. Pitney,* for the appellant.

*Mr. William M. Lanning,* for the respondent.

PER CURIAM.

The decree appealed from is affirmed, for the reasons given in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, VAN SYCKEL, DIXON, COLLINS, FORT, GARRETSON, HENDRICKSON, BOGERT, ADAMS, VREDENBURGH, VOORHEES, VROOM—12.

*For reversal*—None.